UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES CRAIG CRISTINI,

    Plaintiff,

v.

UNKNOWN LOMAN, et al.,

    Defendants.
_____/

Case No. 2:25-cv-10

HON. JANE M. BECKERING

**ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants Nachtman (named as Unknown Knoxman), Hubble, and Naeyaert filed a Motion for Summary Judgment (ECF No. 26). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 45) on October 27, 2025, recommending that this Court grant the motion and that certain claims be dismissed for lack of exhaustion. The Report and Recommendation was duly served on the parties.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 45) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 26) is GRANTED. The following claims are DISMISSED without prejudice for lack of exhaustion:

1. Plaintiff's First Amendment retaliation claims against Defendants Hubble and Naeyaert;
2. Plaintiff's Eighth Amendment failure-to-protect claim against Defendant Knoxman; and
3. Plaintiff's Eight Amendment conditions of confinement claim against Defendant Naeyaert.

---

[1] Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender" and "not at ICF" (ECF No. 46). Plaintiff has failed to keep the Court apprised of his current address.

Defendants Hubble and Naeyaert are terminated from this action.

This case proceeds as to Plaintiff's First Amendment retaliation claims against Defendants Loman and Knoxman, and Plaintiff's Eighth Amendment conditions of confinement claim against Defendant Schroeder.

Dated: December 2, 2025                                         /s/ Jane M. Beckering
                                                                                                                                                   JANE M. BECKERING
                                                                                                                                                   United States District Judge