UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES CRAIG CRISTINI,

     Plaintiff,

                                       Case No. 2:25-cv-10

v.

                                       HON. JANE M. BECKERING

UNKNOWN LOMAN, et al.,

     Defendants.

_____/

## **<u>ORDER</u>**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 9, 2026 (ECF No. 50), recommending that this case be dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1).  The Report and Recommendation was duly served on the remaining parties.[1] No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 50) is APPROVED and ADOPTED as the Opinion of the Court.  This case is DISMISSED pursuant to Federal Rule of Civil Procedure 25(a)(1).

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 43) is DISMISSED as moot.

---

[1] Service of the Report and Recommendation on Plaintiff was returned (ECF No. 51).  The remaining Defendants previously filed a suggestion of Plaintiff's death (ECF No. 48).  No motion for substitution has been filed by any party within the time required by law.

2

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because no objections to the Report and Recommendation have been filed.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: April 13, 2026                                    /s/ Jane M. Beckering
                                                        JANE M. BECKERING
                                                        United States District Judge

2